RODGERS BUILDERS v. McQUEEN

No. 495P85.

Case below: 76 N.C. App. 16.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 18 February 1986.

SAWYER v. FEREBEE & SON, INC.

No. 11P86.

Case below: 78 N.C. App. 212.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 18 February 1986.

SHARP v. WYSE

No. 802PA85.

Case below: 78 N.C. App. 171.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 18 February 1986.

SMITH v. MARINER

No. 717P85.

Case below: 77 N.C. App. 589.

Petition by defendant (Mary Anne B. Mariner) for discretionary review under G.S. 7A-31 denied 18 February 1986.

SMOCK v. BRANTLEY

No. 499P85.

Case below: 76 N.C. App. 73.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 18 February 1986.